CAROLINE M. GAVIN, Appellant, *v.* PETER AITKEN, as Executor of MARY J. DRIVER, Deceased, Respondent, Impleaded with Another.

(Argued January 6, 1932; decided February 9, 1932.)

*Joseph L. Weiner, Herbert R. Limburg* and *Arthur A. Segall* for appellant.

*William Gold, George Goldberg* and *Zarah Williamson* for respondent.

Judgment reversed, with costs in the Appellate Division and in this court. (See *Middleworth* v. *Ordway*, 191 N. Y. 404; *Ansley* v. *Ansley*, 154 Ga. 357); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.